AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JONATHAN M LUCAS,

                Plaintiff,

                **JUDGMENT IN A CIVIL CASE**

    v.

DR. BUAN, KATHY DOE, and TERRY DOE,

               CASE NUMBER: CV-11-427-RMP

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Second Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

April 30, 2012              JAMES R. LARSEN
*Date*                               *Clerk*

                                     s/ Jaime M. White
                                     *(By) Deputy Clerk*
                                     Jaime M. White